# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUBLA JIMENEZ MAYA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:24-cv-00578-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 3)<br><br>FOURTEEN DAY DEADLINE |

      On May 14, 2024, Paubla Jimenez Maya ("Plaintiff") filed a complaint seeking review of the Commissioner's denial of her application for Social Security benefits and an application to proceed *in forma pauperis* in this action. (ECF Nos. 1, 2.) Upon review of the application to proceed *in forma pauperis*, the Court found that it was inadequate to determine if Plaintiff was entitled to proceed in this action without prepayment of fees. Plaintiff was ordered to file a long form application to proceed *in forma pauperis* or pay the filing fee in this action within thirty days of May 16, 2024. More than thirty days have passed, and Plaintiff has not paid the filing fee, filed a long form application to proceed *in forma pauperis*, or otherwise responded to the May 16, 2024 order.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **ten (10) days** of the date of entry of this order why a recommendation should not be made to the district judge to dismiss this action for failure to comply with the May 16, 2024 order. **Plaintiff is forewarned that the failure to show cause may result in the imposition of monetary sanctions and the dismissal of this action.**

IT IS SO ORDERED.

Dated: __**June 20, 2024**__            _____
                                         UNITED STATES MAGISTRATE JUDGE