# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUBLA JIMENEZ MAYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00578-SAB<br><br>ORDER DISCHARGING JUNE 20, 2024 ORDER TO SHOW CAUSE<br><br>(ECF No. 6, 8) |

On May 14, 2024, Paubla Jimenez Maya ("Plaintiff") filed a complaint seeking review of the Commissioner's denial of her application for Social Security benefits and an application to proceed *in forma pauperis* in this action. (ECF Nos. 1, 2.) On June 20, 2024, an order issued requiring Plaintiff to show cause why a recommendation should not be made to dismiss this action for failure to comply with a May 16, 2024 order requiring her to file a long form application to proceed *in forma pauperis* or pay the filing fee in this action. (ECF Nos. 3, 6.)

On June 20, 2024, Plaintiff filed a long form *in forma pauperis* and a response to the order to show cause. (ECF Nos. 7, 8.) Counsel responds that he thought that the long form had been filed on the required date but did not finalize the submission online. The Court shall discharge the order to show cause.

///

1

Accordingly, the order to show cause, filed June 20, 2024 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 21, 2024**

_____
UNITED STATES MAGISTRATE JUDGE