1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUBLA JIMENEZ MAYA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:24-cv-00578-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE AND DELIVER SUMMONS<br><br>(ECF Nos. 3, 7) |

Plaintiff Paubla Jimenez Silva filed a complaint on May 14, 2024, challenging a final decision of the Commissioner of Social Security denying her application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Court found that Plaintiff's application did not demonstrate that she was entitled to proceed in this action without the prepayment of fees and Plaintiff was ordered to file a long form application.  (ECF No. 3.)  On June 20, 2024, Plaintiff filed a long form application to proceed *in forma pauperis*.  (ECF No. 7.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons and new case documents; and

3.     The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint..

IT IS SO ORDERED.

Dated:   **June 24, 2024**

UNITED STATES MAGISTRATE JUDGE

2