UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUBLA JIMENEZ MAYA,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-00578-SAB

ORDER RE STIPULATION TO
VOLUNTARY REMAND PURSUANT TO
SENTENCE FOUR OF 42 U.S.C. § 405(g)
AND ENTRY OF JUDGMENT

(ECF No. 17)

Paubla Jimenez Maya ("Plaintiff") filed this action challenging the final decision of the Commissioner of Social Security's final decision denying her application for Social Security Benefits.  The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes.  (ECF Nos. 5, 14, 15.) On August 15, 2024, a stipulation for voluntary remand was filed in this action.  (ECF No. 17.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.    This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

2.    All pending dates and matters are VACATED; and

/ / /

1   3.  Judgment is ENTERED in favor of Plaintiff Paubla Jimenez Maya and against the

2      Commissioner of Social Security.

3

4 IT IS SO ORDERED.

5 Dated: **August 15, 2024**                        

6                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28