# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUBLA JIMENEZ MAYA,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:24-cv-00578-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 20) |

On November 13, 2024, the parties filed a stipulation for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) and costs pursuant to 28 U.S.C. § 1920.

Accordingly, Plaintiff is awarded attorney fees in the amount of ONE THOUSAND FOUR HUNDRED EIGHTEEN DOLLARS AND 79/100 ($1,418.79) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  __November 13, 2024__        _____

                             STANLEY A. BOONE<br>                             United States Magistrate Judge